940

No. 33. Anderson v. Kentucky. Certiorari, 371 U. S. 886, to the Court of Appeals of Kentucky. By joint agreement of the parties this case is continued indefinitely.

No. 210. Fallen v. United States. Certiorari, 374 U. S. 826, to the United States Court of Appeals for the Fifth Circuit. It is ordered that *Isaac N. Groner, Esquire,* of Washington, District of Columbia, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for the petitioner in this case and it is further ordered that *William B. Killian, Esquire,* is hereby relieved of further responsibility in this case.

No. 386. Federal Power Commission v. Texaco Inc. et al. Certiorari, 375 U. S. 902, to the United States Court of Appeals for the Tenth Circuit. The motion of the People of the State of California and Public Utilities Commission of California for leave to file a brief, as *amici curiae,* is granted. *J. Calvin Simpson* and *John T. Murphy* on the motion. *Alfred C. DeCrane, Jr., W. W. Heard, Wm. H. Emerson, William J. Grove, Thomas H. Wall* and *Carroll L. Gilliam* for respondents, in opposition.

No. 623. Calhoun et al. v. Latimer et al. Certiorari, 375 U. S. 983, to the United States Court of Appeals for the Fifth Circuit. The motion of the Solicitor General, on behalf of the United States, for leave to participate in the oral argument, as *amicus curiae,* is granted and thirty minutes are allotted for that purpose. Counsel for the respondents are allotted an additional thirty minutes for oral argument.

No. 1016, Misc. Medley v. Oregon et al. Motion for leave to file petition for writ of certiorari denied.